UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:14-cv-14038-DMM

MARTIN MEMORIAL HEALTH SYSTEMS,
INC. d/b/a MARTIN HEALTH SYSTEM,

    Plaintiff/Counter-Defendant,

vs.

BLUE CROSS AND BLUE SHIELD
ASSOCIATION,

    Defendant/Counter-Plaintiff,
_____/

# MEDIATOR'S REPORT

On May 23, 2014, the undersigned mediated this case. The parties and their respective counsel appeared at, and participated in, the mediation. As a result of the mediation and the negotiations of the parties, the parties settled this action. Should the Court have any questions or concerns, the undersigned is available to address them.

Dated: May 29, 2014
       Miami, Florida

Respectfully submitted,

/s/ Harry R. Schafer
Harry R. Schafer
hrs@knpa.com
Florida Bar #508667
KENNY NACHWALTER, P.A.
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Mediator*

## **CERTIFICATE OF SERVICE**

**I hereby certify** that on the 29th day of May, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

/s/ Harry R. Schafer
Harry R. Schafer
